December 18, 2023

The Honorable Elizabeth W. Hanes
United States District Court for the Eastern District of Virginia
Norfolk Division
600 Granby Street
Room 400
Norfolk, Virginia 23510

      Re: *Denzel Akeem Loftin*

Dear Judge Hanes:

      I am writing to you on behalf of my younger brother , Denzel Akeem Loftin, whom I have known his entire life. Denzel Loftin is an attentive, ambitious, dependable and genuine person with a compassionate spirit. His selflessness and willingness to aid others are admirable traits that set him apart.

      Denzel Akeem Loftin is also a human being ,which makes him sustainable to making mistakes. My brother, Denzel Loftin, recently faced a challenging situation that resulted in a bad mistake. One that leaves Denzel, along with his whole family, sorrowful for. We hold the people involved in this matter in our thoughts and prayers.

      However, I have witnessed Denzel approach this experience with humility, accountability, and strong commitment to learning and growth. Instead of making excuses or shying away from the responsibility of this matter, he took steps to rectify the situation and demonstrated a sincere willingness to understand the underlined factor that led to this error of events.

      One example of Denzel's character is when I was struggling as a single mother. Denzel stepped in and cared for my daughter-ensuring she got home safely, had a warm meal, and made sure her homework was completed. His dedication to helping me and my daughter during such a difficult time is invaluable.

      I am thankful to have someone as supportive as Denzel Loftin in my life. He has been a constant source of support, not just for me ,but for many people.

      In the aftermath of this mistake, I have seen Denzel Loftin exhibit a remarkable level of maturity and self-reflection. He has actively sought out opportunities to learn from this experience, openly discussing the lessons he has learned and expressing genuine desires to avoid similar pitfalls in the future. He has taken proactive measures to acquire new skills, seeking guidance ,and implementing strategies to prevent recurrence of this mistake.

      Lastly ,but certainly not least, Denzel Loftin, is a very loving father of a beautiful, intelligent, loving, teenage daughter, who simply adores her father. She recently, just a couple of weeks ago, lost her mother due to a terminal illness. Unfortunately, Denzel was still incarcerated during this tragic and very difficult time, but it did not stop him from doing his best ,under the

circumstances, to be there for his daughter. Reassuring her that no matter what he will always be there for her.

       In conclusion, I firmly believe that Denzel Loftin's response to this adversity speaks volumes about his character. Denzel has shown resilience, integrity, and a capacity for personal development that is truly commendable. I am confident that this experience has contributed to his overall growth and will serve as a foundation for his future life success.

Thank you,
The Loftin family